UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE LUIS SANDOVAL,<br><br>　　　　Defendant. | Case No: CR 01-40162-1  SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 147 |

　　On May 10, 2005, the Court sentenced Defendant to 188 months custody and five years of supervised release for violation of 21 U.S.C. § 846, Conspiracy to Distribute Methamphetamine.  On November 15, 2010, Defendant filed a "Motion to Modify," asserting that two points should be eliminated from his adjusted offense level.  Dkt. 147.  To expedite this matter, the Court directs the Government to file a response to Defendant's motion.  Accordingly,

　　IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's motion (Dkt. 147) by no later than January 14, 2011.  This matter will thereafter be taken under submission.

　　IT IS SO ORDERED.

Dated: December 3, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge