UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS SANDOVAL,<br><br>Defendant. | Case No: CR 01-40162-1 SBA<br><br>**AMENDED ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 147 |

On May 10, 2005, the Court sentenced Defendant to 188 months custody and five years of supervised release for violation of 21 U.S.C. § 846, Conspiracy to Distribute Methamphetamine. On November 15, 2010, Defendant filed a "Motion to Modify," asserting that two points should be eliminated from his adjusted offense level. Dkt. 147. On November 15, 2010, the Court issued an order directing the Government to file a response to Defendant's motion by no later than January 14, 2011. Dkt. 148. To date, no response has been filed by the Government. Accordingly,

IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's motion (Dkt. 147) by no later than February 25, 2011. This matter will thereafter be taken under submission.

IT IS SO ORDERED.

Dated: February 17, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge